DAVID L. ANDERSEN (S.B. No. 50010)
ANDERSEN & ZIMMER
385 GRAND AVENUE, SUITE 300
OAKLAND, CA 94610
(510)835-4952 FAX (510)835-4958

ATTORNEY FOR MARIELA SOLIS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MARIELA SOLIS<br><br>　　　　　Defendant. | Action No.　CR 17-054 PJH<br><br>**STIPULATION REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED by and between the parties, David Andersen for defendant Mariela Solis, and plaintiff, United States of America, through its counsel Assistant United States Attorney Andrew F. Dawson, that the conditions of defendant's pretrial release may be modified as follows:

Defendant Mariela Solis is permitted to travel within the United States without prior consent of the court. Ms. Solis is to notify her Supervised Release Officer of her travel plans prior to departure. Should pretrial have an objection to the travel, Ms. Solis is not to depart until that objection is resolved by the parties or the Court.

DATED: July 28, 2017

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　Andersen & Zimmer

　　　　　　　　　　　　　　　　　　　　　/s/ David L. Andersen
　　　　　　　　　　　　　　　　　　　　David L. Andersen
　　　　　　　　　　　　　　　　　　　　Attorney for Mariela Solis

DATED: July 28, 2017　　　　　　　　　Brian Stretch
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ Andrew F. Dawson
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

[~~PROPOSED~~] ORDER   AS MODIFIED

Upon the stipulation of the parties, IT IS HEREBY ORDERED that defendant, Mariela Solis, may travel within the United States without prior consent of the Court. However, Ms. Solis is to notify her ~~Supervised Release~~ Pretrial Services Officer of her travel plans prior to departure. Should pretrial have an objection to the travel, Ms. Solis is not to depart until that objection is resolved by the parties or the Court.

DATED: July 28, 2017

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge